| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**REQUEST TO RESCHEDULE DISCOVERY REPORT SUBMISSION (SET FOR JULY 31ST), AND FIRST CASE HEARING SET FOR SEPTEMBER 21ST**<br><br><br><br>(enter document title in the space provided above) |

1
2
3
4
5

1    ANNUNZIATA CRUPI

2    3711 Mentone ave, apt 19

3    Los Angeles, CA 90034

4    +1 (424) 230 6547

5    nancycrupi1986@gmail.com

6    Plaintiff in Pro Per

7

8    To Judge George Wu.

9    **REQUEST TO RESCHEDULE DISCOVERY REPORT SUBMISSION (SET FOR JULY 31ST),**

10   **AND FIRST CASE HEARING SET FOR SEPTEMBER 21ST**

11   Dear Honorable Judge Wu,

12   Based on Judge's order (06/30/2023), the Court has set a Conference for September 21st 2023 at 8:30 a.m.

13   Counsel have been reminded of their obligations to disclose information, confer on a discovery plan, and

14   report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Judge has requested for a

15   Joint 26(f) Report to be filed with the Court no later than July 31, 2023.

16   On July 5th, Plaintiff has requested to remand the case to State Court, before becoming aware of the

17   scheduled hearing date.

18   On July 11th, after receiving the documents regarding the hearing dates, which have been produced and

19   filed before Plaintiff requested to remand the case to State Court, Plaintiff has requested to reschedule the

20   first hearing, from August 7th (previous date) to September. Plaintiff's request has been approved by the

21   Judge, who has rescheduled the first hearing to September 21st, as above mentioned. The reasons given by

22   Plaintiff in the request to reschedule the hearing were that Plaintiff does not have the time to deal with the

23   discovery phase.

24   It is not clear from the document received through the e-filing system whether the deadline to submit the

25   report to the court has also been delayed in accordance with the new hearing date or not, and whether the

26   discovery plan and report must still be filed by the 31st of July or not. In case that deadline is still active,

1. Plaintiff requests to reschedule that as well, to a later time in order to be allowed to properly deal with the
2. discovery plan, meetings, and report writing and filing.
3. As Plaintiff has requested to remand the case to State Court, request that, in case approved, would make
4. the discovery plan and the filing of the report to Federal Court unnecessary, Plaintiff also requests to
5. schedule the hearing about the decision on whether to remand the case to State Court to a separate, and
6. earlier, date with respect to the hearing of the case itself, in order to properly deal with the discovery phase
7. and only when and if the discovery plan and report will turn out to be truly necessary by this forum.
8. 
9. Plaintiff is in pro se, is not a lawyer, is a green card holder with no knowledge on the US law and
10. jurisdictional system, is working 24/7, and is in extreme poverty and without support, therefore efficiency
11. is key in order to properly deal with the case and avoid unnecessary losses for a civilian and a persecuted
12. whistleblower who has already been marginalized and reduced to a vulnerable position. The more time
13. Plaintiff has to study the law and the rules of the court, the better, but without knowing in which forum the
14. case will be evaluated Plaintiff has low chances of successfully handling the case.
15. If Judge allows, Plaintiff would be fine with holding the hearing regarding the evaluation of the request to
16. remand the case to State Court on September 21st, as already set by the Judge, and to then decide, during
17. that hearing and based on the decision of the Judge regarding that motion, when and whether the discovery
18. plan and the case hearing are to be held. Overall, Plaintiff is requesting to be communicated what the Judge
19. has decided regarding the remand of the case to State Court before having the obligation to define a
20. discovery plan with Defendants and to file the discovery plan report with Court.
21. Best,
22. Annunziata Crupi, PhD
23. NAME: ANNUNZIATA CRUPI
24. SIGNATURE_____
25. DATE_____
26. ADDRESS: 3711 Mentone Ave, apt 19, Los Angeles, 90034
27. +1 (424) 230 6547