| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**NOTICE TO JUDGE - JAMS RULING ON CASE REMOVAL**<br><br>(enter document title in the space provided above) |

1
2
3
4
5

1  ANNUNZIATA CRUPI

2  3711 Mentone ave, apt 19

3  Los Angeles, CA 90034

4  +1 (424) 230 6547

5  nancycrupi1986@gmail.com

6  Plaintiff in Pro Per

7

8  To Judge George Wu.

9  **NOTICE TO JUDGE - JAMS RULING ON CASE REMOVAL**

10  Dear Honorable Judge Wu,

11  Attached is the document released by JAMS regarding the Judge's ruling on the request filed by Plaintiff

12  to remove a related case from JAMS (case name: Crupi, Annunziata vs. University of Southern California;

13  Ref #5220000062) (Exibit).

14  The above-mentioned case has been filed in JAMS via misrepresentation of Plaintiff by a fraudulent lawyer

15  associated with defendant(s) and covers (a) one of the claims filed by Plaintiff in Court, and (b) a wrong

16  claim filed by the fraudulent law firm (Barkhordarian law firm) (wrong claim: wrongful constructive

17  termination). The Judge has denied Plaintiff's request to remove the case from JAMS without a hearing and

18  without allowing Plaintiff to provide any evidence, despite the repetitive Plaintiff's requests to provide

19  evidence and to hold a hearing in writing as a form of special accommodation for Plaintiff's PTSD. The

20  claims filed by the lawyer in JAMS are (1) whistleblower retaliation, (2) wrongful constructive termination.

21  The Judge explained that the non-arbitrable claims are outside of JAMS jurisdiction but has not specified

22  which claims are arbitrable and which ones are not.

23  As the case filed by Plaintiff to State Court, then removed to Federal Court, contains non-arbitrable claims,

24  as well as claims and parties not covered by the arbitration agreement, the case filed by Plaintiff to State

25  Court, then removed to Federal Court, must at least in part remain in Court.

26  In addition, Plaintiff is filing a request to appeal to the Judge's ruling and remove the case from JAMS.

27

1  In case Judge Wu requires additional information, attached are also (1) the original arbitration demand filed

2  by Barkhordarian law firm without Plaintiff's consent and vision of the document, and (2) Plaintiff's request

3  filed to JAMS to remove the case from JAMS.

4

5  Best,

6  Annunziata Crupi, PhD

7

8

9  NAME: ANNUNZIATA CRUPI

10 SIGNATURE_____

11 DATE_____07/24/2023_____

12 ADDRESS: 3711 Mentone Ave, apt 19, Los Angeles, 90034

13 +1 (424) 230 6547