Annunziata Crupi,

3711 Mentone ave apt 19,

Los Angeles, CA 90034

Plaintiff in pro se

# AFFIDAVIT

Annunziata Crupi, 37 years old, living at the 3711 Mentone ave, apt 19, Los Angeles CA 90034, is the Plaintiff in the case numbered 2:23-cv-05077-GW-PD against University of Southern California et al.

The purpose of this Affidavit is providing Judge Wu with the proof he has requested that a service via publication is necessary.

Annunziata Crupi declares that:

- Defendants Valter Longo, Sebastian Brandhorst, and Wendy Snaer, have been served several weeks ago with the summons and complaint of the case above-mentioned, at the Andrus Gerontology, located at the 3715 McClintock ave, Los Angeles CA 90089, corresponding, to the best knowledge of Plaintiff, to Defendants' workplace, as proven by the Exhibit e-filed to Federal Court by Plaintiff on 07/25/2023
- Annunziata Crupi has received proof of service via mail that the Sheriff's department has successfully served Defendants delivering the summons and complaint to an authorized representative
- Annunziata Crupi does not possess information regarding Defendants' residency, nor other information on the whereabouts of Defendants, nor has any contacts with Defendants, and cannot contact Defendants directly due to having filed a lawsuit against them, fact that, at the best knowledge of Plaintiff, who is not a lawyer and is in pro se, creates potential liabilities
- Hence, Plaintiff has no other way of serving Defendants
- As of today, and at the best knowledge of Plaintiff, Defendants have not responded to the complaint, served in May
- Plaintiff is also continuing to serve Defendants (at the above-mentioned address) with the documents filed in the case, but no response had been received from any of them.

Date: 08/01/2023

Name: Annunziata Crupi

Signature: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 01 day of August, 20 23, by Annunziata Crupi _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

RAZIA RATANSI
Notary Public - California
Los Angeles County
Commission # 2399843
My Comm. Expires Apr 6, 2026

Signature *Razia Ratansi*