| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br><br>University of Southern California, a California Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**DECLARATION OF ANNUNZIATA CRUPI IN SUPPORT NOTICE TO JUDGE**<br><br><br><br>(enter document title in the space provided above) |

1
2
3
4
5
6

1

I, ANNUNZIATA CRUPI, declare as follows:

1. I am the Plaintiff in the case 2:23-cv-05077-GW-PD against USC, Valter Longo, Sebastian Brandhorst, and Wendy Snaer (Defendants).
2. I make this Declaration in support of my Notice to Judge.
3. All of the information set forth herein is based on my personal and firsthand knowledge or based on information and documents shared by others and if called and sworn as a witness, I could and would competently testify thereto.
4. A true and correct copy of the document referred hereto is attached in the following pages.
5. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

09/05/2023

Los Angeles, CA

Annunziata Crupi, in pro per

Signature

ANNUNZIATA CRUPI

3711 Mentone ave, apt 19

Los Angeles, CA 90034

+1 (424) 230 6547

nancycrupi1986@gmail.com

Plaintiff in Pro Per

| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br><br>University of Southern California, a California Corporation and a private Academic Institution<br>Valter Longo, an individual<br>Sebastian Branhorst, an individual<br>Wendy Snaer, an individual<br>And DOES 1 through 100, inclusive,<br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**NOTICE TO JUDGE**<br><br><br><br>(enter document title in the space provided above) |

1
2
3
4
5

3

CV-127 (09/09)                                        PLEADING FOR A SUBSEQUENT DOCUMENT

1    ANNUNZIATA CRUPI

2    3711 Mentone ave, apt 19

3    Los Angeles, CA 90034

4    +1 (424) 230 6547

5    nancycrupi1986@gmail.com

6    Plaintiff in Pro Per

7

8    To Hon. Judge George H. Wu.

9

10   **NOTICE TO JUDGE**

11

12   Based on Supreme Court Rule 10B 1.02. "*While the motion [requesting judge's recusal] is pending, the*

13   *judge whose disqualification is sought shall make no further orders and take no further action on the case,*

14   *except for good cause stated in the order in which such action is taken.*"

15

16   Plaintiff has filed a proper and timely request for recusal of Hon. Judge George H. Wu.

17

18   As shown in the attachments to this notice (Exhibit A), the filing of the documents has been timely and

19   proper, and it contains 2 pdf documents other than text. Hon. Judge George H. Wu must be experiencing

20   issues with the e-filing system. Plaintiff is not responsible for any failure of the e-filing system nor for any

21   failure of the connection that Hon. Judge George H. Wu may be using. Hon. Judge George H. Wu is invited

22   to try again and possibly restart his computer and/or to contact the court IT department for further assistance.

23

24   To make sure that everything will be working properly, Plaintiff has filed again the request for recusal in

25   order to fix any potential issues that the e-filing system may have created to the filed documents, despite

26   the documents are downloadable and properly loaded in the e-filing system.

27   As per Supreme court rules, Hon. Judge George H. Wu is not allowed to take any further action on the case.

1  If the Hon. Judge George H. Wu is not available at an earlier time than October 2023 to discuss the recusal,
2  then the hearing conference scheduled for the 21st of September to discuss about the remand to State Court
3  cannot be held, as Hon. Judge George H. Wu cannot take any further action in the case before discussing
4  the recusal.
5
6  Best,
7  Annunziata Crupi, PhD
8
9
10  NAME: ANNUNZIATA CRUPI
11  SIGNATURE_____
12  DATE_____09/05/2023_____
13  ADDRESS: 3711 Mentone Ave, apt 19, Los Angeles, 90034
14  +1 (424) 230 6547