

**CM/ECF**   Civil ▾   Criminal ▾   Query   Reports ▾   Utilities ▾   Search   Help   Log Out

## Document Selection Menu

Select the document you wish to view.

| Document Number: | ☑ | [38](#) | 17 pages | 463.2 KB |
|---|---|---|---|---|
| **Attachment** | | **Description** | **Pages** | **Size** |
| ☑ | | [1](#) Affidavit Affidavit of the request | 13 pages | 2.1 MB |
| [View Selected] or [Download Selected] | | | 30 pages | 2.6 MB |

---

ecf.cacd.uscourts.gov/doc1/031140763754

**CM/ECF**   Civil ▾   Criminal ▾   Query   Reports ▾   Utilities ▾   Search   Help   Log Out

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Tue Sep 5 16:36:27 2023 | | | |
| Pacer Login: | nancycrupi1986 | Client Code: | CACDPROS-2NU2FA6 |
| Description: | Image38-0 | Case Number: | 2:23-cv-05077-GW-PD |
| Billable Pages: | 17 | Cost: | 1.70 |

[View Document]

---

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Tue Sep 5 16:32:59 2023 | | | |
| Pacer Login: | nancycrupi1986 | Client Code: | CACDPROS-2NU2FA6 |
| Description: | Image38-1 | Case Number: | 2:23-cv-05077-GW-PD |
| Billable Pages: | 13 | Cost: | 1.30 |

[View Document]