1

| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br>Valter Longo, an individual<br>Sebastian Branhorst, an individual<br>Wendy Snaer, an individual<br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(Local Rule 7.1-1)** |

2

3

1    ANNUNZIATA CRUPI

2    3711 Mentone ave, apt 19

3    Los Angeles, CA 90034

4    +1 (424) 230 6547

5    nancycrupi1986@gmail.com

6    Plaintiff in Pro Per

7    **TO: THE COURT AND ALL PARTIES OF RECORD:**

8    The undersigned, counsel of record for Annunziata Crupi, or party appearing in pro per, certifies that the

9    following listed party (or parties) may have a pecuniary interest in the outcome of this case. These

10   representations are made to enable the Court to evaluate possible disqualification or recusal.

11

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| University of Southern California, Valter Longo, Sebastian Brandhorst, Wendy Snaer, and 1 does through 100 | Defendants |
| University of Southern California's companies, hospitals, research centers, physicians, start up and spin off companies, alumni, associates, partners, employees, students, representatives, and agents, relevant to the proceeding (including but not limited to Ben Bell, Kristen Grace, Ninette Toosbuy, Mark Manley, Dan Shapiro, Katherine Greenwood, USC Ombuds and associates); | Partner, associate, employee, or trustee, of defendant(s); personal and financial interests in the matter in controversy; possible defendants in the proceeding; |
| L-Nutra, Create Cures Foundation and Fondazione Valter Longo, and each and every one of their | Partner, associate, employee, or trustee, of defendant(s); personal and financial interests in the |

| | |
|---|---|
| partners, employees, scholars, representatives, and agents, relevant to the proceeding (including but not limited to Joseph Antoun, Valter Longo, Sebastian Brandhorst, Antonluca Matarazzo); | matter in controversy; possible defendants in the proceeding; |
| Valter Longo's partners, employees, students, representatives, and agents, relevant to the proceeding; | Partner, associate, employee, or trustee, of defendant(s); personal and financial interests in the matter in controversy; possible defendants in the proceeding; |
| JAMS and associates (Retired Judge / Arbitrator Jackson Lucky, Ashley Rodriguez); | Has personal and financial interests in the matter in controversy; possible defendants in the proceeding; |
| the Barkhordarian law firm (including Richard Barkhordarian, Gregory P. Wong, Heather Cox); | Personal and financial interests in the matter in controversy; possible defendants in the proceeding; |
| the USC Gould School of Law and its alumni relevant to the proceeding (including but not limited to Ron Makarem and Mackarem law, Brennan Hershey and Hershey law firm, Jibit Cinar); | Partner, associate, employee, or trustee, of defendant(s); personal and financial interests in the matter in controversy; possible defendants in the proceeding; |
| Department of Gerontology and associates relevant to the proceeding (including but not limited to Cristian Pike, Caleb Finch, Pinchas Cohen); | Partner, associate, employee, or trustee, of defendant(s); may have received substantial donations / payments from L-Nutra and/or Create Cures Foundation and/or Fondazione Valter Longo and/or other Valter Longo's associated entities; personal and financial interests in the matter in controversy; possible defendants in the proceeding; |
| Shegherian Law; Bibiyan law group, David Bibiyan; | May be partner, associate, or employee, of defendant(s); possible defendants in the proceeding; |

| | |
|---|---|
| Bionaut (https://bionautlabs.com/) and associates (Alex Kiselyov, Gregory Tully, Florent Cros); | May be partner, associate, or employee, of defendant(s); possible defendants in the proceeding; may have personal and financial interests in the matter in controversy; |
| Kelly services (https://www.kellyservices.com/); | May be partner, associate, or employee, of defendant(s); possible defendants in the proceeding; may have personal and financial interests in the matter in controversy; |
| management of the N10 Restaurant (Dario Cecchini, Giancarlo Pertile); | May be partner, associate, or employee, of defendant(s); possible defendants in the proceeding; may have personal and financial interests in the matter in controversy; |
| Fidelity Investments Charitable Gift Fund; | may have financial interests in the matter in controversy; |
| Investment funds (and shareholders of investment funds) in the stock exchange market who may have direct or indirect holdings in (i) USC-associated companies and funds (such as USC's spin offs, startups, and hospitals), (ii) L-Nutra, (iii) Valter Longo's companies and funds, (iv) the healthcare, research, and technology sectors (such as, but not limited to: iShares Edge MSCI Min Vol Glbl ETF (ACWV)), Fidelity Rollover IRA: SDGAX, BlackRock High-Yield Bond Fund (BHYAX), Vanguard 500 Index Fund Admiral Shares Fund, Allianzgi Focused Growth Cl C (PGWAX), Janus Henderson Global Select Fund D (JANRX), Fidelity Rollover IRA: FPURX, Los Angeles | have financial interests in the matter in controversy: in the complaint filed to court, Plaintiff has identified a complex network of contributors, associated with Defendant(s), who appear to systematically perpetrate, and/or support and/or enable the perpetration of the persecution, marginalization, and/or silencing, of individuals, as Plaintiff, who refuse to commit fraud and/or data fraud, and of individuals who report frauds, in the healthcare, research, and technology sector. If Plaintiff's claims are found to be true by court, that may have a substantial negative impact on defendant(s)'s reputation, and on the public opinion regarding USC, L-Nutra, the health care, |

| | |
|---|---|
| County 457 Plan - Horizons Stable Income Fund, Vanguard Fund: VFIAX, Los Angeles County 457 Plan - Horizons Bond Fund, Vanguard Fund: VTMGX, Los Angeles County 457 Plan - Horizons Balanced Fund, Invesco Developing Markets Fund A (GTDDX), Lord Abbett Fund: LUBAX, L.A. County 457 Plan - Horizons Large Cap Equity Fund -see Pt. VIII, Los Angeles County 401K - Savings Stable Value Fund, Vanguard Fund: VFSAX, Los Angeles County 401K - Savings Bond Fund, Los Angeles County 401K - Savings Balanced Fund, Los Angeles County 401K - Savings Large Cap Equity Fund (X), Allianzgi Focused Growth Cl C (PGWAX), Harbor International Fund (HAINX), MSA/Franklin Tmpl. Intl. Equity Fund) | research, and technology sector, and therefore could substantially affect the value of those companies and sectors in the stock exchange market as well. |

1

2   09/07/2023

3   Los Angeles, CA

4   Annunziata Crupi, in pro per

5   Signature

6   ANNUNZIATA CRUPI

7   3711 Mentone ave, apt 19

8   Los Angeles, CA 90034

9   +1 (424) 230 6547

10  nancycrupi1986@gmail.com

11  Plaintiff in Pro Per