1

ANNUNZIATA CRUPI

3711 Mentone ave, apt 19

Los Angeles, CA 90034

+1 (424) 230 6547

nancycrupi1986@gmail.com

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br><br>v.<br><br><br>University of Southern California, a California<br><br>Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**DECLARATION OF ANNUNZIATA CRUPI** |
| --- | --- |

2

3

1   ANNUNZIATA CRUPI

2   3711 Mentone ave, apt 19

3   Los Angeles, CA 90034

4   +1 (424) 230 6547

5   nancycrupi1986@gmail.com

6   Plaintiff in Pro Per

7

8   I, ANNUNZIATA CRUPI, declare as follows:

9   1.   I am the Plaintiff in the case 2:23-cv-05077-GW-PD against USC, Valter Longo, Sebastian

10          Brandhorst, Wendy Snaer, and 1 does through 100 (Defendants).

11   2.   I make this Declaration in support of my Statement.

12   3.   All the information set forth herein is based on my personal and firsthand knowledge and if

13          called and sworn as a witness, I could and would competently testify thereto.

14   4.   A true and correct copy of the document referred hereto is attached in the following pages.

15   5.   I declare under penalty of perjury under the laws of the United States and the State of

16          California that the foregoing is true and correct.

17   09/13/2023

18   Los Angeles, CA

19   Annunziata Crupi, in pro per

20   Signature

21          ANNUNZIATA CRUPI

22          3711 Mentone ave, apt 19

23          Los Angeles, CA 90034

24          +1 (424) 230 6547

25          nancycrupi1986@gmail.com

26          Plaintiff in Pro Per

27

ANNUNZIATA CRUPI

3711 Mentone ave, apt 19

Los Angeles, CA 90034

+1 (424) 230 6547

nancycrupi1986@gmail.com

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annunziata Crupi, an individual, | Case No.: 2:23-cv-05077-GW-PD |
| Plaintiff | |
| | **STATEMENT OF ANNUNZIATA CRUPI** |
| v. | |
| University of Southern California, a California Corporation and a private Academic Institution | |
| Valter Longo, an individual | |
| Sebastian Branhorst, an individual | |
| Wendy Snaer, an individual | |
| And DOES 1 through 100, inclusive, | |
| Defendants | |

1

2

3

4

1   ANNUNZIATA CRUPI

2   3711 Mentone ave, apt 19

3   Los Angeles, CA 90034

4   +1 (424) 230 6547

5   nancycrupi1986@gmail.com

6   Plaintiff in Pro Per

7

8   Based on Supreme Court Rule 10B 1.02. *"While the motion [requesting judge's recusal] is pending, the*

9   *judge whose disqualification is sought shall make no further orders and take no further action on the case,*

10   *except for good cause stated in the order in which such action is taken*."

11   Plaintiff has filed a proper and timely request for recusal of Hon. Judge George H. Wu.

12   If anything is missing from the request for recusal, the court should notify Plaintiff in order for Plaintiff to

13   file the missing documents.

14   As the request for recusal has been set for hearing on October 5th, the hearing conference scheduled for

15   the 21st of September to discuss about the remand to State Court shall not be held, as Hon. Judge George

16   H. Wu shall not take any further action in the case before discussing the recusal.

17   Plaintiff is informed and believes that the Court should notify all parties regarding the rescheduling of the

18   conference set for the 21st of September.

19

20   Best,

21   Annunziata Crupi, PhD

22   09/13/2023

23   Los Angeles, CA

24   Annunziata Crupi, in pro per

25   Signature

26

27   ANNUNZIATA CRUPI

28   3711 Mentone ave, apt 19

29   Los Angeles, CA 90034

1   +1 (424) 230 6547

2   nancycrupi1986@gmail.com

3   Plaintiff in Pro Per