1

| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br>Valter Longo, an individual<br>Sebastian Branhorst, an individual<br>Wendy Snaer, an individual<br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**PROOF OF SERVICE** |

2

3

1  ANNUNZIATA CRUPI

2  3711 Mentone ave, apt 19

3  Los Angeles, CA 90034

4  +1 (424) 230 6547

5  nancycrupi1986@gmail.com

6  Plaintiff in Pro Per

7

8  **PROOF OF SERVICE**

9

10  I, Annunziata Crupi, declare:

11  I am a resident of the United States in Los Angeles, California. I am over the age of eighteen

12  years and I am a party in this proceeding. My home address is 3711 Mentone ave, apt 19 Los

13  Angeles, CA 90034.

14  I have timely served a copy of the following documents to Valter Longo, Sebastian Brandhorst,

15  and Wendy Snaer:

16

17  - **NOTICE OF REMOVAL**
18  - **DECLARATION of Peter Walrod re Notice of Removal**
19  - **CIVIL COVER SHEET filed by Defendant UNIVERSITY OF**
20    **SOUTHERN CALIFORNIA**
21  - **MINUTES IN CHAMBERS - ORDER SETTING SCHEDULING**
22    **CONFERENCE by Judge George H. Wu**
23  - **REQUEST TO REMAND THE CASE TO STATE COURT**
24  - **REQUEST TO RESCHEDULE HEARING SET FOR AUGUST 7th**
25  - **MINUTES (IN CHAMBERS) - ORDER 20 by Judge George H. Wu.**

26

27  by placing the document(s) listed above in a sealed envelope, shipped via USPS to the address

28  entered below:

1 Valter Longo

2 Andrus Gerontology,

3 3715 McClintock ave

4 Los Angeles CA 90089

5

6 Sebastian Brandhorst

7 Andrus Gerontology,

8 3715 McClintock ave

9 Los Angeles CA 90089

10

11 Wendy Snaer

12 Andrus Gerontology,

13 3715 McClintock ave

14 Los Angeles CA 90089

15

16 I declare under penalty of perjury under the laws of the State of California that the above is true

17 and correct.

18

19 09/15/2023

20 Los Angeles, CA

21 Annunziata Crupi, in pro per

22 Signature

23     ANNUNZIATA CRUPI

24     3711 Mentone ave, apt 19

25     Los Angeles, CA 90034

26     +1 (424) 230 6547

27     nancycrupi1986@gmail.com

28     Plaintiff in Pro Per