1

| | |
|---|---|
| ANNUNZIATA CRUPI <br><br> 3711 Mentone ave, apt 19 <br><br> Los Angeles, CA 90034 <br><br> +1 (424) 230 6547 <br><br> nancycrupi1986@gmail.com <br><br> Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT <br><br> CENTRAL DISTRICT OF CALIFORNIA ||
| Annunziata Crupi, an individual, <br><br> Plaintiff <br><br> v. <br><br> University of Southern California, a California Corporation and a private Academic Institution <br> Valter Longo, an individual <br> Sebastian Branhorst, an individual <br> Wendy Snaer, an individual <br> And DOES 1 through 100, inclusive, <br> Defendants | Case No.: 2:23-cv-05077-GW-PD <br><br> **PETITION FILED TO STATE COURT FOR JUDICIAL NOTICE** |

2
3
4
5

1     ANNUNZIATA CRUPI

2     3711 Mentone ave, apt 19

3     Los Angeles, CA 90034

4     +1 (424) 230 6547

5     nancycrupi1986@gmail.com

6     Plaintiff in Pro Per

7

8     Hon. Judge George H. Wu,

9     Plaintiff, Annunziata Crupi, has filed a Petition to State Court requesting (1) to vacate the arbitrator's
10   ruling denying Plaintiff's request to JAMS to remove the case Crupi v USC from JAMS, and (2) to remove
11   the case Crupi v USC from JAMS.

12

13   The Petition is here attached.

14

15   Best,

16   09/20/2023

17   Los Angeles, CA

18   Annunziata Crupi, in pro per

19   Signature

20       ANNUNZIATA CRUPI
21       3711 Mentone ave, apt 19
22       Los Angeles, CA 90034
23       +1 (424) 230 6547
24       nancycrupi1986@gmail.com
25       Plaintiff in Pro Per

26