UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5077-GW-PDx | Date | September 21, 2023 |
|---|---|---|---|
| Title | *Annunziata Crupi v. University of Southern California, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Candice T. Zee |

**PROCEEDINGS:** PLAINTIFF'S REQUEST TO REMAND THE CASE TO STATE COURT [14]; and PLAINTIFF'S MOTION FOR RECUSAL OF JUDGE HON. GEORGE H. WU [38]; and SCHEDULING CONFERENCE

*Pro se* Plaintiff Annunziata Crupi is also present.

The Court's Tentative Ruling on Plaintiff's Motions [14, 38], was issued on September 20, 2023 [61]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motions are DENIED.

Court discusses scheduling with the parties. Remaining Defendants will have until October 19, 2023 to respond to Plaintiff's complaint. The scheduling conference is continued to October 26, 2023 at 8:30 a.m. The parties are to file a joint scheduling report by October 23, 2023.

| | : | 30 |
|---|---|---|
| | Initials of Preparer | JG |