| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br>Valter Longo, an individual<br>Sebastian Branhorst, an individual<br>Wendy Snaer, an individual<br>And DOES 1 through 100, inclusive,<br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**CRUPI / PLAINTIFF'S REQUEST FOR CLARIFICATION** |

1
2
3
4
5

1

| | |
|---|---|
| 1 | ANNUNZIATA CRUPI |
| 2 | 3711 Mentone ave, apt 19 |
| 3 | Los Angeles, CA 90034 |
| 4 | +1 (424) 230 6547 |
| 5 | nancycrupi1986@gmail.com |
| 6 | Plaintiff in Pro Per |
| 7 | |
| 8 | |
| 9 | On 11/04/2023 Plaintiff has filed a late opposition to Defendants' motion to compel arbitration due to |
| 10 | health-related reasons that made it impossible for Plaintiff to meet the deadline, and due to the belief, shared |
| 11 | with Defendants, that the deadline was 21 days. Plaintiff have provided proof of the health-related reasons |
| 12 | as well as for the 21 days notice given to Defendants, and is willing to provide additional evidence if |
| 13 | necessary (the evidence is either attached as a document or listed in Plaintiff's declaration in support to the |
| 14 | opposition). Plaintiff is not a lawyer, is not fully educated on the federal rules and regulations, especially |
| 15 | because Plaintiff filed the case in State Court and was not prepared for a removal to Federal Court, and is |
| 16 | in extreme poverty, and cannot take any days off from work, therefore the time that Plaintiff can dedicate |
| 17 | to the case is limited due to the circumstances caused by the very causes of actions discussed in the |
| 18 | Complaint. |
| 19 | Defendants had been notified by Plaintiff that the opposition would be filed within 21 days from the filing |
| 20 | of the motion to compel arbitration, and have not objected to the late filing nor have informed Plaintiff that |
| 21 | the deadline was 14 days. |
| 22 | The opposition to the motion has been filed and served by Plaintiff on the night of the 3rd of November, |
| 23 | hence with 1 day of delay, but the system would give errors on the exhibits attached, error which took hours |
| 24 | to fix and that led to filing the documents in the early morning of the 4th of November. |
| 25 | |
| 26 | The court has not replied to the request to excuse for late filing. Plaintiff requests confirmation that court |
| 27 | has accepted the late filing in compliance with per Rule 6(b). |
| 28 | |

1     Best,

2     Annunziata Crupi, PhD

3

4

5     NAME: ANNUNZIATA CRUPI

6     SIGNATURE_____

7     DATE_____11/08/2023_____

8     ADDRESS: 3711 Mentone Ave, apt 19, Los Angeles, 90034

9     +1 (424) 230 6547