UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5077-GW-PDx | Date | November 8, 2023 |
|---|---|---|---|
| Title | *Annunziata Crupi v. University of Southern California, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

In response to Plaintiff's Request for Clarification (ECF No. 77), the Court references Plaintiff to its November 2, 2023 Order wherein it granted Plaintiff's request for leave to file an amended pleading. Given that grant, the Court took the then-pending motions to remand and to compel arbitration off-calendar until after the filing of the amended complaint. Given the above, the Plaintiff's filing of her opposition to the motion to compel is not late, but it is not operable since the Defendant's were given leave to re-file a motion to compel arbitration after the Plaintiff's filing of her amended complaint.

|  | : |
|---|---|
| Initials of Preparer | JG |