1

ANNUNZIATA CRUPI

3711 Mentone ave, apt 19

Los Angeles, CA 90034

+1 (424) 230 6547

nancycrupi1986@gmail.com

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br><br>v.<br><br><br><br>University of Southern California, a California Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**PLAINTIFF'S REQUEST TO STRIKE MOTION** |

2

DECLARATION

1   ANNUNZIATA CRUPI

2   3711 Mentone ave, apt 19

3   Los Angeles, CA 90034

4   +1 (424) 230 6547

5   nancycrupi1986@gmail.com

6

7

8   **PLAINTIFF'S REQUEST TO STRIKE MOTION**

9

10

11   The current motion is being filed after conferring with the opposing counsel and trying to reach an

12   agreement that would make the motion unnecessary. As foreseeable, the meeting, held via phone call on

13   the 12/14/2023, has been unfruitful and has only further delayed the proceeding and caused further

14   harassment and prejudice of Plaintiff.

15

16   **BACKGROUND**

17   On 10/19/2023, Defendants filed a Motion to Compel arbitration.

18   On 11/04/2023, Plaintiff filed an Opposition to that motion.

19   On 11/08/2023, Plaintiff filed a request for clarification regarding the acceptance of the opposition to the

20   motion by court, as the opposition had been filed past the supposed 14 days deadline.

21   On 11/08/2023, court stated: "*In response to Plaintiff's Request for Clarification (ECF No. 77), the Court*

22   *references Plaintiff to its November 2, 2023 Order wherein it granted Plaintiff's request for leave to file an*

23   *amended pleading. Given that grant, the Court took the then-pending motions to remand and to compel*

24   *arbitration off-calendar until after the filing of the amended complaint. Given the above, the Plaintiff's*

25   *filing of her opposition to the motion to compel is not late, but it is not operable since the Defendant's were*

26   *given leave to re-file a motion to compel arbitration after the Plaintiff's filing of her amended complaint.*

27   *(aco) (Entered: 11/08/2023)*".

28

DECLARATION

1   As per court orders, it appears that Defendants' motion to compel arbitration has been stricken and that

2   Defendants have been requested to re-file their motion, as indeed court has rejected Plaintiff's opposition

3   to the motion compel arbitration reasoning that the motion to which Plaintiff was trying to oppose is

4   expected to be re-filed. However, the court has not officialized its position by striking the motion to compel

5   arbitration, potentially allowing Defendants to use frivolous tactics to prejudice Plaintiff's right to choose

6   the forum, giving Defendants the option to either re-file their motion, or to request to hear the motion

7   already filed and not yet officially stricken by court.

8   Defendants have already demonstrated of completely disregarding court's orders requesting to refile their

9   motions, as it has happened for the refiling of the Joint Rule 26 Report initially filed by the parties on

10  9/14/2023 and set for hearing for 9/21/2023. This court has vacated the hearing set for the Joint Rule 26

11  Report and on 9/21/2023 has instead heard other motions, and, after the hearing, has requested the parties

12  to refile the Joint Report (Court order of 9/21/2023 stated: "*The scheduling conference is continued to*

13  *October 26, 2023 at 8:30 a.m.* […] *The parties are to file a joint scheduling report by October 23, 2023*").

14  After the court order, Plaintiff attempted to reach an agreement with Peter Walrod in order to re-file the

15  Joint Report as court had ordered. However, Peter Walrod told Plaintiff that he did not understand what the

16  court referred to, and tried to completely avoid refiling the report, trying to convince Plaintiff that refiling

17  the report was unnecessary, therefore refusing to follow court's orders. In the end, Defendants have never

18  refiled the Joint Rule 26 Report and have tried to prevent its refiling. After Plaintiff refiled the report on

19  their own to comply with court orders and avoid sanctions, Defendants' counsel has threatened and

20  intimidated Plaintiff via email for following a court order that he was trying not to follow on behalf of both

21  parties and against Plaintiff's request for cooperation.

22  In other words, Peter Walrod has already taken advantage of the lack of proper striking of the documents

23  filed to avoid following court's orders and to prejudice and harass Plaintiff. This court cannot ignore that

24  precedent, and that Defendants have already used the lack of proper striking of the documents by court as

25  a way to use tactics and strategies that prejudiced, damaged, and harassed, Plaintiff.

3

DECLARATION

1   Currently, the court has, as it has previously already done with the Joint Rule 26 Report, only vacated the

2   hearing set for the motion to compel arbitration, but has not stricken the motion despite stating in multiple

3   occasions that the motion is expected to be refiled.

4   Defendants' counsel has already ignored previous court's orders of that sort.

5   Not striking Defendants' motion and not requesting Defendants to wait until the amended pleading is filed

6   before filing their motion to compel will only and foreseeably allow Defendants' counsel to not refile the

7   motion to compel arbitration and therefore to illegitimately – again – choose the forum, prejudicing

8   Plaintiff's fundamental rights.

9   Plaintiff requests to officialize court orders by striking Defendants' Motion to compel arbitration filed on

10   the 10/19/2023 and to order Defendants to refile (if they wish to) their motion to compel arbitration only

11   after the amended pleading has been filed, officializing what already stated in previous courts orders in

12   ways that leaves no other options but following court's orders.

13   12/14/2023

14   Los Angeles, CA

15   Annunziata Crupi, in pro per

16   Signature

17

18   ANNUNZIATA CRUPI

19   3711 Mentone ave, apt 19

20   Los Angeles, CA 90034

21   +1 (424) 230 6547

22   nancycrupi1986@gmail.com

23   Plaintiff in Pro Per

24

4

DECLARATION

1

2

3

4

5

DECLARATION