1

| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br>Valter Longo, an individual<br>Sebastian Branhorst, an individual<br>Wendy Snaer, an individual<br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PD<br><br>**DECLARATION OF ANNUNZIATA CRUPI IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS** |

2

3

1

DECLARATION

I, ANNUNZIATA CRUPI, declare as follows:

1. I am the Plaintiff in the case 2:23-cv-05077-GW-PD against USC, Valter Longo, Sebastian Brandhorst, Wendy Snaer and does 1 through 100 inclusive (Defendants).
2. I make this my request for sanctions ("PLAINTIFF'S MOTION FOR SANCTIONS").
3. All of the information set forth herein is based on my personal and firsthand knowledge and if called and sworn as a witness, I could and would competently testify thereto.
4. A true and correct copy of the document referred hereto has been concomitantly filed to Court.
5. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

12/06/2023

Los Angeles, CA

Annunziata Crupi, in pro per

Signature

ANNUNZIATA CRUPI

3711 Mentone ave, apt 19

Los Angeles, CA 90034

+1 (424) 230 6547

nancycrupi1986@gmail.com

Plaintiff in Pro Per

2

DECLARATION