1

| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PDx<br><br>**NOTICE OF LODGING: [PROPOSED] ORDER FOR THIRD MOTION TO REMAND TO STATE COURT** |

2

1

COURT ORDER

1   This is a notice of lodging of the concomitantly filed proposed order for the Motion to Remand to State

2   Court [docket 104] filed by Plaintiff on the 15th of January 2024.

3

4   01/23/2024

5   Los Angeles, CA

6   Annunziata Crupi, in pro per

7   Signature   *[signature]*

8

9   Annunziata Crupi

10   3711 Mentone ave, apt 19

11   Los Angeles CA, 90034

12

13

14

15

16

COURT ORDER