1

| | |
|---|---|
| ANNUNZIATA CRUPI<br><br>3711 Mentone ave, apt 19<br><br>Los Angeles, CA 90034<br><br>+1 (424) 230 6547<br><br>nancycrupi1986@gmail.com<br><br>Plaintiff in Pro Per | |
| UNITED STATES DISTRICT COURT<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Annunziata Crupi, an individual,<br><br>Plaintiff<br><br>v.<br><br>University of Southern California, a California Corporation and a private Academic Institution<br><br>Valter Longo, an individual<br><br>Sebastian Branhorst, an individual<br><br>Wendy Snaer, an individual<br><br>And DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:23-cv-05077-GW-PDx<br><br>**[PROPOSED] ORDER RE: THIRD MOTION TO REMAND TO STATE COURT**<br><br>**Date: February 22, 2024**<br><br>**Time: 8:30 a.m.**<br><br>**Judge: Hon. George H. Wu**<br><br>**Courtroom: 9D** |

2

1

COURT ORDER

1  On February 22ⁿᵈ, 2024, Plaintiff Annunziata Crupi's Motion to Remand to State Court came on for hearing
2  in the Courtroom 9D, Ninth Floor of the above-entitled court. Having read and considered the papers and
3  arguments of the parties, the Court hereby ORDERS as follows: Plaintiff's request is GRANTED. The case
4  is remanded to State Court. IT IS SO ORDERED.

5

6

7  Date_____

8

9                                                              _____
10                                                             The Honorable George H. Wu
11                                                             Judge, District Court

12

13

14

15

16

17

COURT ORDER