**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5077-GW-PDx | Date | February 22, 2024 |
|---|---|---|---|
| Title | *Annunziata Crupi v. University of Southern California, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Peter Walrod, by telephone |
| | Candice T. Zee, by telephone |

**PROCEEDINGS:** PLAINTIFF'S MOTION TO REMAND THE CASE TO STATE COURT [104]; and DEFENDANTS UNIVERSITY OF SOUTHERN CALIFORNIA, VALTER LONGO, SEBASTIAN BRANDHORST, AND WENDY SNAER'S AMENDED MOTION TO COMPEL ARBITRATION AND DISMISS [105]

*Pro Se* Annunziata Crupi is present.

The Court's Tentative Ruling on the above-entitled Motions was issued on February 21, 2024 [120]. Court confers with the parties. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS Plaintiff's motion to remand. The Court DENIES Defendants' motion to compel arbitration without prejudice.

:  01

Initials of Preparer   JG